UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2006 FEB 22 P 1: 21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**BRYAN GRIFFIS,**

v.   Case No. 3:06-CR-23-J-20-TEM

**UNITED STATES OF AMERICA,**

_____/

### ORDER TO TRANSFER

Pursuant to Local Rule 1.03(d), this case is **TRANSFERRED** to the Honorable Timothy J. Corrigan with his consent.

**ORDERED AND ADJUDGED** at Jacksonville, Florida, this 22 day of February, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Bryan Griffis, *pro se*
Terry Nathan Silverman, Esq.
Don J. Pashayan, Esq.
Garry Randolph, Courtroom Deputy
Judge Corrigan's Law Clerk